```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BREAKING GLASS PICTURES, LLC,

                Petitioner,

      v.

SAL FRANCIOSA PRODUCTIONS, LLC,

                Respondent.

No. 20-CV-4304 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. On June 5, 2020, Petitioner filed a complaint seeking confirmation of an arbitration award. Petitioner has not yet docketed an affidavit of service.

    Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

    ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its petition for confirmation by June 26, 2020. Respondent's opposition, if any, is due on July 17, 2020. Petitioner's reply, if any, is due on July 24, 2020.

    IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:    June 16, 2020
            New York, New York

                                        Ronnie Abrams
                                        United States District Judge