# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

John W. Scott
Tel: 215.864.8635
Fax: 215.864.8999
scottj@ballardspahr.com

June 26, 2020

*Via E-mail (ECF)*

Hon. Ronnie Abrams
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *Breaking Glass Pictures, LLC v. Sal Franciosa Productions, LLC*, C.A. No. 20-cv-04304

Dear Judge Abrams:

    I am writing on behalf of Breaking Glass Pictures, LLC, in response to the Court's June 18, 2020 Order (Dkt. No. 10), directing Breaking Glass to submit proposed redactions to Exhibit 2 to the Petition to Confirm the Arbitration Award (Dkt. No. 2-2). Pursuant to the Court's Individual Rule 5.A, Breaking Glass hereby requests leave to file the Distribution Agreement with the proposed redactions, per the Courts' June 18 Order.

    Counsel for both parties have conferred, and counsel for SFP has consented to the proposed redactions.

    Because the agreement is extremely faint, we have depicted the proposed redactions without using the requested yellow highlighting in the hopes of preserving legibility.

Respectfully,

*/s/ John W. Scott*

John W. Scott

JWS/njm
Attachments

cc: Carrie A. Ward (via email)
     Stephen J. Kastenberg

DMEAST #41513712 v2

Hon. Ronnie Abrams
June 26, 2020
Page 2

The Court has reviewed the proposed redactions to the Distribution Agreement filed as Exhibit 2 to the Petition to Confirm the Arbitration Award.  Because these redactions are "narrowly tailored" to serve the "higher values" identified by Petitioner, *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006), Petitioner's redactions are approved, and its request to file Exhibit 2 in redacted form is granted.

SO ORDERED.

Hon. Ronnie Abrams
6/29/2020