UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREAKING GLASS PICTURES, LLC, | ) |
| *Petitioner*, | ) ) ) |
| v. | ) CIVIL ACTION NO. 20-CV-04304 |
| SAL FRANCIOSA PRODUCTIONS, LLC, | ) ) ) |
| *Respondent*. | ) ) |

**ORDER**

AND NOW, this  17th  day of  July , 2020, upon consideration of the Parties' Joint Motion to Transfer Action, as well as the memorandum of law submitted in support and the declarations of Richard Wolff and Salvatore Franciosa, it is hereby ORDERED that the Motion is GRANTED, this action is hereby TRANSFERRED to the United States District Court for the Eastern District of Pennsylvania.

Hon. Ronnie Abrams
United States District Court Judge
Southern District of New York

2